**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO.:  8:26-cv-00754**

MARCO VERCH,

              Plaintiff,

v.

RIGHT WAY ELEVATOR
MAINTENANCE, INC.,

              Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant RIGHT WAY ELEVATOR MAINTENANCE, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Verch's original copyrighted Work of authorship.

2. Marco Verch is a photographer from Cologne, Germany. He has been working as a photographer for many years and enjoys taking pictures of scenery from his travels, sporting events, food, flowers, cars, drones and more. He also takes photos for advertisements and fundraising campaigns.

3. Defendant RIGHT WAY ELEVATOR MAINTENANCE, INC. ("Right Way Elevator Maintenance, Inc.") is a Florida elevator service company that provides commercial elevator maintenance, repairs, modernization, and compliance testing to help keep elevators safe and functioning reliably. At all times relevant herein, Right Way Elevator Maintenance, Inc. owned and operated the internet website located at the URL https://www.rightwayelevator.com/ (the "Website") and the Facebook URL https://www.facebook.com/Rightwayelevator/ (the "Facebook page").

4. Verch alleges that Right Way Elevator Maintenance, Inc. copied Verch's copyrighted Work from the internet in order to advertise, market and promote its business activities. Right Way Elevator Maintenance, Inc. committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Right Way Elevator Maintenance, Inc.'s business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Right Way Elevator Maintenance, Inc. is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Right

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

Way Elevator Maintenance, Inc. engaged in infringement in this district, Right Way Elevator Maintenance, Inc. resides in this district, and Right Way Elevator Maintenance, Inc. is subject to personal jurisdiction in this district.

## DEFENDANT

9. Right Way Elevator Maintenance, Inc. is a Florida Corporation, with its principal place of business at 9790 16th Street North, Saint Petersburg, FL, 33716-4210, and can be served by serving its Registered Agent, Kris Garcia, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2021, Verch created the photograph entitled "USCO 2.0 Liliya 1-10347143257 Work of 2021 Group 1 01/08/2021 until 03/04/2021 750 pictures.xlsx," which is shown below and referred to herein as the "Work."



11. Verch registered the Work with the Register of Copyrights on April 09, 2021, and was assigned registration number VA 2-248-844. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Verch was the owner of the copyrighted Work.

**INFRINGEMENT BY RIGHT WAY ELEVATOR MAINTENANCE, INC.**

13. Right Way Elevator Maintenance, Inc. has never been licensed to use the Work for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Right Way Elevator Maintenance, Inc. copied the Work.

15. On or about September 20, 2025, Verch discovered the unauthorized use of his Work on the Website. Right Way Elevator Maintenance, Inc. used the Work on the Facebook page in a post for Mother's Day.

16. Right Way Elevator Maintenance, Inc. copied Verch's copyrighted Work without Verch's permission.

17. After Right Way Elevator Maintenance, Inc. copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its regular business activities.

18. Right Way Elevator Maintenance, Inc. copied and distributed Verch's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. Right Way Elevator Maintenance, Inc. committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Verch never gave Right Way Elevator Maintenance, Inc. permission or authority to copy, distribute or display the Work for any purpose.

21. Verch notified Right Way Elevator Maintenance, Inc. of the allegations set forth herein on October 15, 2025 and May 23, 2025.  To date, the parties have failed to resolve this matter.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

## COUNT I
## COPYRIGHT INFRINGEMENT

22.    Verch incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.    Verch owns a valid copyright in the Work.

24.    Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25.    Right Way Elevator Maintenance, Inc. copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

26.    Right Way Elevator Maintenance, Inc. performed the acts alleged in the course and scope of its business activities.

27.    Defendant's acts were willful.

28.    Verch has been damaged.

29.    The harm caused to Verch has been irreparable.

WHEREFORE, the Plaintiff MARCO VERCH prays for judgment against the Defendant RIGHT WAY ELEVATOR MAINTENANCE, INC. that:

a.    Right Way Elevator Maintenance, Inc. and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

b.    Right Way Elevator Maintenance, Inc. be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Verch be awarded pre- and post-judgment interest; and

e.    Verch be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Verch hereby demands a trial by jury of all issues so triable.

Dated: March 20, 2026                    Respectfully submitted,


                                        /s/  Sanje V. Lara
                                        SANJE V. LARA
                                        Florida Bar Number: 1031680
                                        sanje.lara@sriplaw.com
                                        JOEL ROTHMAN
                                        Florida Bar Number: 98220
                                        Joel.rothman@sriplaw.com

                                        **SRIPLAW, P. A.**
                                        21301 Powerline Road
                                        Suite 212
                                        Boca Raton, FL 33433
                                        786.743.0018 – Telephone
                                        561.404.4353 – Facsimile

                                        *Counsel for Plaintiff Marco Verch*